IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| STACEY KWAIMAINE GRAYS, ) | |
| ) | |
| Petitioner, ) | |
| vs. ) | Case No.  5:12-cv-1154-AKK-TMP |
| ) | |
| WARDEN DEWAYNE ESTES; and the ) | |
| ATTORNEY GENERAL OF ) | |
| THE STATE OF ALABAMA, ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

The magistrate judge filed his report and recommendation on November 21, 2013, recommending dismissal of petitioner's 28 U.S.C. § 2254 petition for *habeas corpus* relief.  Petitioner filed objections on December 4, 2013.  Having now carefully considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be **ADOPTED** and the recommendation **ACCEPTED**.

It is therefore **ORDERED** that the petition for *habeas corpus* relief pursuant to 28 U.S.C. § 2254 in the above-styled cause be and hereby is **DENIED** and **DISMISSED WITH PREJUDICE**.

**DONE** the 17th day of December, 2013.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE